TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00066-CR







Alvie Eugene Bingham, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. B-05-1358-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's brief was originally due on June 1, 2007. On June 13, the Court granted
counsel's motion for a ninety-day extension of time and ordered the brief filed on later than
August 30, 2007. Counsel has now filed a new motion asking for another ninety-day extension of
time, citing medical problems arising from the premature birth of twins.

The motion is granted in part. Appellant's counsel, Rosemary Rose, is ordered to
tender a brief for filing in this cause no later than October 31, 2007. 

It is ordered September 21, 2007.


Before Justices Patterson, Puryear and Pemberton

Do Not Publish